**Order entered August 30 , 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01088-CV

### IN RE NATIONAL LLOYDS INSURANCE COMPANY, Relator

**Original Proceeding from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-12-06323-D**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.


/s/     KERRY P. FITZGERALD
JUSTICE